

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Luis Sanchez,                              * From the 161st District
                                             Court of Ector County,
                                             Trial Court No. B-37,135.

Vs. No. 11-12-00279-CR                     * March 5, 2015

The State of Texas,                        * Opinion by Bailey, J.
                                             Dissenting and Concurring Opinion
                                             by Wright, C.J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.